1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZENERCOM TOO, et al., | Case No. SACV 09-00059-JVS(MLGx) |
| Plaintiffs, | FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b) |
| v. | |
| TURAN PETROLEUM, INC., et al., | |
| Defendants. | |

_____
FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b)

1  Whereas, upon consideration of Defendant Anatoly Vanetik's motion to
2  dismiss the Verified Second Amended Complaint (Docket 238) pursuant to
3  Federal Rules of Civil Procedure Rules 12(b)(6) and (e) and Third-Party
4  Defendant Freeman, Freeman & Smiley LLP's motion to dismiss the Verified
5  Amended Third-Party Complaint and Cross-Claim (Docket No. 238) pursuant to
6  Rules 12(b)(6) and (f), an order was rendered by this Court which is more fully
7  reflected in the Civil Minutes that were duly entered on August 10, 2009 (Docket
8  272).

9  Whereas, all claims of all Plaintiffs arising against all Defendants named in
10 the Verified Second Amended Complaint were determined by the Court's order;
11 and

12 Whereas, all claims of all Third-Party Plaintiffs arising against all Third-
13 Party Defendants named in the Amended Third-Party Complaint and Cross-Claim
14 were determined by the Court's order; and

15 Whereas, the Court has expressly determined that there is no just reason for
16 delay in directing a final judgment in favor of all Defendants named in the
17 Verified Second Amended Complaint and all Third-Party Defendants named in
18 the Amended Third-Party Complaint and Cross-Claim.

19 IT IS THEREFORE ORDERED pursuant to Federal Rule of Civil
20 Procedure Rule 54(b) that the order of this Court dated August 10, 2009 is a final
21 judgment in this action as to all Defendants named in the Verified Second
22 Amended Complaint and all Third-Party Defendants named in the Amended
23 Third-Party Complaint and Cross-Claim.

Dated: August 31, 2009

Hon. James V. Selna
United States District Court Judge

1

2   Respectfully submitted by:

3   LAW OFFICE OF RICK AUGUSTINI

4

5   /s/ Electronically Signed By Rick Augustini
    _____

6   Rick Augustini
    Attorneys for Defendant
7   ANATOLY VANETIK

## NOTICE OF ELECTRONIC CASE FILING

I am employed in the County of Orange, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 620 Newport Center Drive, Suite 1100, Newport Beach, CA 92660.  On August 31, 2009, I filed the foregoing document(s) electronically in accordance with the CM/ECF Rules: [PROPOSED] FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b).

Executed on August 31, 2009 at Newport Beach, California.

/s/ Electronically Signed By Rick Augustini
_____
Rick Augustini