Rick Augustini (State Bar No. 160934)
LAW OFFICE OF RICK AUGUSTINI
620 Newport Center Drive, Suite 1100
Newport Beach, CA 92660
Phone:         (949) 721-6624
Fax:              (949) 721-6623
E-Mail:         rick.augustini@gmail.com

Attorneys for Interpleader Counter-Defendant
TURAN PETROLEUM, INC.

**JS-6**

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA—SOUTHERN DIVISION

| | |
|---|---|
| KAZENERCOM TOO, et al., | Case No. 8:09-cv-00059-JVS-MLG |
| Plaintiffs, | Assigned to Hon. James V. Selna |
| v. | **JUDGMENT** |
| TURAN PETROLEUM, INC., et al., | |
| Defendants. | |
| AND RELATED INTERPLEADER ACTION. | |

The above-referenced action came on for hearing on April 23, 2010, the Hon. James V. Selna, District Judge Presiding, on a Motion for Summary Judgment filed by Turan Petroleum, Inc. ("Turan") on the Counter-Claim in Interpleader filed by Wells Fargo Bank, N.A. ("Wells Fargo"), which the Court granted after fully considering the evidence and argument of counsel.

Whereas, the Court previously discharged Wells Fargo Bank from the Counter-Claim in Interpleader on or about April 27, 2009, thereby leaving Turan and Counter-Defendants Yerkin Bektayev, Kanet Meirmanov, Yerkin Akkuzov, Sabirgan Dushaliev and Igor Maximov (collectively the "Bektayev Counter-Defendants") as the only remaining parties;

Whereas, the Court's order granting summary judgment in favor of Turan disposes of all remaining claims by all remaining parties in this Action; and

Whereas, there is no just reason to delay in directing a final judgment in favor of Turan and against the Bektayev Counter-Defendants on the Counter-Claim in Interpleader filed by Wells Fargo.

JUDGMENT THEREFORE IS ENTERED in favor of Turan and against the Bektayev Counter-Defendants on the Counter-Claim in Interpleader filed by Wells Fargo, which JUDGMENT is stayed pending resolution of the appeal of the Nevada state court's decision in <u>Luberski, Inc., et al. v. Turan Petroleum, Inc</u>., Case No. 09 OC 00355 1B (the "Nevada Action") currently pending before the Nevada Supreme Court.

Turan shall be entitled to move this Court to lift the stay and to recover its costs upon resolution of the appeal of the Nevada state court's decision in the Nevada Action currently pending before the Nevada Supreme Court.

Dated: May 10, 2010

*/s/ James V. Selna*

Hon. James V. Selna
United States District Judge

Judgment Submitted By:

Dated:  May 10, 2010               LAW OFFICE OF RICK AUGUSTINI

By  /s/
   Rick Augustini
   Attorneys for Interpleader Counter-Defendant
   TURAN PETROLEUM, INC.

1 **NOTICE OF ELECTRONIC FILING**

3  I am employed in the County of Orange, State of California.  I am over the age of
4 eighteen years and not a party to the within action.  My business address is 620 Newport
5 Center Drive, Suite 1100, Newport Beach, CA 92660. On May 10, 2010, I filed the
6 foregoing document(s) electronically in accordance with the CM/ECF Rules:
7 **[PROPOSED] JUDGMENT**.  Executed on May 10, 2010 at Newport Beach,
8 California.

/s/
_____
Rick Augustini