



















SORKIN LAW GROUP APLC
Alina Sorkin, Esq.
16485 Laguna Canyon Road, Suite 230
Irvine, California 92618

Asia Pacific Oil & Gas Ltd.,
33 Skyridge
Newport Coast, CA 92657

EXHIBIT 3

