# Договор

## Купли-продажи доли в уставном капитале

## ТОО "ТУРАН ЭНЕРПЕТРОЛЕУМ"

г. Алматы                                                                                                 7 января 2009 года

Корпорация "Туран Петролеум, Инк", именуемая в дальнейшем "Продавец", в лице Председателя Совета Директоров Аскара Карабаева, действующего на основании решения Совета Директоров от 7 января 2008 года, с одной стороны,
и
Фирма "Азия Пасифик Ойл энд Газ", именуемая в дальнейшем "Покупатель", в лице директора Адильжана Джакишева, действующего на основании Устава, с другой стороны, совместно именуемые как "Стороны", а по отдельности, как указано выше или "Сторона", заключили настоящий договор о нижеследующем:

### 1. ПРЕДМЕТ ДОГОВОРА

1.1. Продавец обязуется продать, а Покупатель приобрести долю в размере 20% от уствного капитала ТОО "Туран Энерпетролеум" (далее по тексту – Доля) и уплатить цену продажи за указанную долю в порядке и на условиях, определенных настоящим договором.

1.2. Право собственности у Покупателя на долю возникает с даты регистрации в органах юстиции Республики Казахстан.

### 2. СВЕДЕНИЯ О ТОО "ТУРАН ЭНЕРПЕТРОЛЕУМ"

2.1. ТОО "ТУРАН ЭНЕРПЕТРОЛЕУМ" зарегистрировано Департаментом юстиции г. Алматы 08.06.2004 г. – Свидетельство о гос.регистрации №63711-1910-ТОО, далее по тексту – "Товарищество".

### 3. ЦЕНА ПРОДАЖИ.

3.1. Цена продажи доли по настоящему договору составляет $5,000,000.00 (пять миллионов) долларов США.

3.2. Цена продажи, указанная в п.3.1 настоящего договора, подлежит оплате следующим образом:

3.2.1. При подписании настоящего договора покупатель выдает продавцу денежное обязательство (гарантийное письмо или Promissory Note) на сумму согласно пункту 3.1 настоящего договора, которое является приложением к настоящему Договору.

3.2.2. Срок погашения упомянутого в пункте 3.2.1 денежного обязательства путем денежного перевода устанавливается в течение 3-х банковских дней после регистрации права собственности согласно пункту 1.2 настоящего договора. Денежный перевод по настоящему Договору может быть осуществлен третьей стороной. Денежное обязательство Покупателя может быть уступлено любой третьей стороне.



EXHIBIT 4

3.2.3. Регистрация согласно пункту 1.2, в свою очередь, осуществляется после получения разрешения межведомственной комиссии МЭМР и отказа государства от реализации своего приоритетного права на покупку доли согласно статьи 71 пункт 3 Закона РК "о Недрах и Недропользовании". Обязательство по получению вышеупомянутого разрешения берет на себя продавец.

3.3. Все расходы, связанные с государственной перерегистрацией Товарищества в связи с изменением состава участников несет Товарищество.

### 4. ОБЯЗАННОСТИ СТОРОН

4.1 Обязанности Продавца:

4.1.1. Продавец обязан передать Покупателю Долю на условиях, определенных настоящим Договором;

4.1.2. Продавец гарантирует Покупателю, что на момент заключения настоящего Договора Доля не находится в залоге или иным обременением, не состоит под арестом, а также обязуется незамедлительно уведомить Покупателя в письменном виде о возникновении претензий третьих лиц в отношении Доли.

4.1.3. Продавец обязуется выполнять все условия настоящего договора в срок.

4.2. Обязанности Покупателя:

4.2.1. Покупатель обязуется уплатить Продавцу цену продажи в сумме, указанной в пункте 3.1 настоящего договора.

### 5. ПРОЧИЕ УСЛОВИЯ.

5.1. Продавец в дополнение к цене продажи согласно пункту 3.1 настоящего договора обязуется выпустить и передать Покупателю гарантированный опцион на покупку 10,000,000 (десять миллионов) простых акций Продавца по цене на дату заключения контракта, а именно 25 (двадцать пять) центов США за акцию. 10,000,000 (десять миллионов) акций эквивалентны 5% авторизованного капитала Продавца, 5% доля и ее цена в размере $2,500,00.00 (два миллиона пятьсот тысяч) долларов США фиксируется для данного гарантированного опциона в авторизированном капитале Продавца независимо от количества авторизованных акций на срок действия варранта в течение 12 месяцев с момента заключения настоящего договора.

5.2. Стороны пришли к соглашению, что сумма оплаты доли согласно пункту 3.1 настоящего соглашения может быть использована Продавцом исключительно для исполнения обязательств по рабочей программе разведки блока Арысь согласно контракту 753 от 24 сентября 2001 г. Покупатель имеет право получать информацию от Продавца о расходовании средств, полученных по настоящему соглашению, до момента полного их использования.

5.3. Продавец полностью берет на себя все обязательства по исполнению контракта 753 и его дополнений перед государством и Покупателем.

5.4. Продавец обязуется в дальнейшем в случае отчуждения своей оставшейся доли в ТОО «Туран Энерпетролеум» третьим лицам обеспечить приобретение этим третьим лицом доли, принадлежащей Покупателю по цене, аналогичной цене покупки у Продавца и на тех же условиях. В случае невозможности покупки третьим лицом доли



EXHIBIT 4

Покупателя, Продавец обязуется приобрести долю Покупателю по цене сделки с третьим лицом, в случае продажи доли Продавца третьему лицу.

5.5. Отчуждение Товариществом права недропользования по контракту 753, в том числе использование в качестве залога, совершается с согласия Покупателя.

5.6. Настоящий договор представляет собой полный текст соглашения, достигнутого между Сторонами в отношении купли-продажи доли.

5.7. Все изменения и/или дополнения в настоящий договор действительны только в том случае, когда они совершены в письменном виде и подписаны уполномоченными представителями Сторон.

5.8. Во всем остальном, что прямо не предусмотрено настоящим договором, стороны руководствуются действующим законодательством Республики Казахстан.

5.9. Настоящий договор составлен и подписан в шести идентичных экземплярах, имеющих одинаковую юридическую силу.

## 6. СРОК ДЕЙСТВИЯ ДОГОВОРА

6.1. Настоящий договор вступает в силу с даты его подписания и действует до полного выполнения сторонами своих обязательств.

## 7. ЮРИДИЧЕСКИЕ АДРЕСА, РЕКВИЗИТЫ И ПОДПИСИ ПРЕДСТАВИТЕЛЕЙ СТОРОН:

7.1. Продавец: Туран Петролеум, Инк. (Turan Petroleum, Inc.), 940 South Coast Drive, Suite 100, Costa Mesa, CA 92626, USA. Регистрационный номер C7930-2001 (Невада). Tel. +1-717-754-6835, Fax +1-714-754-6539

7.2. Покупатель: Азия Пасифик Ойл энд Газ (Asia Pacific Oil and Gas), 95 Wilton Road, Suite 3, London, SW1V 1BZ, UK. Регистрационный номер 050476 (Сейшельские острова). Tel. +44-(0)-845-527-8554, Fax +44-(0)-020-527-4259

Продавец: _____
Аскар Карабаев
Председатель Совета Директоров

Покупатель: _____
Адильжан Джаксыбев
Директор

EXHIBIT 4

# ASIA PACIFIC OIL & GAS

95 Wilton Road, Suite 3, London, SW1V 1BZ, United Kingdom
Tel: +44 (0) 845 527 8554  Fax: +44 (0) 020 527 4259

## Гарантийное письмо

г. Алматы                                                   7 января 2009 года

Настоящее Гарантийное письмо является дополнением к контракту купли-продажи доли в уставном капитале от 7 января 2009 года между Asia Pacific Oil & Gas Ltd. и Корпорацией "Туран Петролеум, Инк." согласно пункту 3.2.1 вышеуказанного договора.

Гарантируем оплату суммы в размере $5,000,000.00 (пять миллионов долларов США) на счет ТОО "Туран Энерпетролеум" в течение трех банковских дней после получения регистрационных документов ТОО "Туран Энерпетролеум" с 20% участием (долей) нашей фирмы согласно пункту 3.1 договора купли-продажи доли от 7 января 2009 года между нашей фирмой и Корпорацией "Туран Петролеум, Инк.".

Вышеуказанные регистрационные документы должны иметь штамп официальной регистрации Министерства Юстиции, подтверждающие факт вступления нашей фирмы в право владения 20% уставного капитала ТОО "Туран Энерпетролеум".

Настоящее Гарантийное обязательство может быть уступлено Корпорацией "Туран Петролеум, Инк." любой третьей стороне. Asia Pacific Oil & Gas Ltd. обязуется оплатить сумму согласно пункту 3.1 договора купли-продажи доли от 7 января 2009 года такой стороне. Уступка оформляется путем совершения передаточной надписи с обратной стороне оригинала настоящего обязательства.



Адильжан Джакишев (Adilzhan Dzhakishev)
Директор



www.apoilgas.com

# EXHIBIT 4

## Приложение номер 2 к договору

Купли-продажи доли в уставном капитале

ТОО "ТУРАН ЭНЕРПЕТРОЛЕУМ"

г. Алматы                                                                                  27 января 2009 года

Корпорация "Туран Петролеум, Инк", именуемая в дальнейшем "Продавец", в лице Президента Аскара Карабаева, действующего на основании решения Совета Директоров от 7 января 2008 года, с одной стороны,
и
Фирма "Азия Пасифик Ойл энд Газ", ЛТД. именуемая в дальнейшем "Покупатель", в лице директора Адильжана Джакишева, действующего на основании Устава, с другой стороны, совместно именуемые как "Стороны", а по отдельности, как указано выше или "Сторона", заключили настоящее приложение номер 2 к вышеуказанному договору о нижеследующем:

1. Стороны пришли к соглашению заменить понятие "авторизованный капитал" (authorized capital) в пункте 5.1 вышеуказанного договора на понятие "выпущенный капитал" (outstanding capital). Точное количество акций и их цена по отношению к выпущенному капиталу будут высчитаны на момент покупки акций из расчета 5% доли согласно пункту 5.1 за $2,500,000.00 (два с половиной миллиона долларов США)
2. Оплата по договору от 7 января 2009 года производится следующим образом:
2.1. $600,000.00 (шестьсот тысяч долларов США) перечисляются на счет Туран Петролеум, Инк. в качестве оплаты за 20% долю в ТОО "Туран Энерпетролеум".
2.2. $4,400,000.00 (четыре миллиона четыреста тысяч долларов США) перечисляются на счет Туран Петролеум, Инк. за право приобретения гарантированного опциона Туран Петролеум, Инк. на покупку 10,000,000 (десяти миллионов) простых акций Туран Петролеум, Инк. до 7 января 2010 года, по цене $0.25 долларов США за акцию.
3. Туран Петролеум, Инк. берет на себя обязательство сформировать и оплатить уставной капитал перерегистрированного ТОО "Туран Энерпетролеум" в размере $4,000,000.00 (четыре миллиона долларов США) следующим образом:
3.1. Asia Pacific Oil & Gas, LTD. владеет 20% долей в ТОО"Туран Энерпетролеум".
3.2. Туран Петролеум, Инк. владееет 80% долей в ТОО "Туран Энерпетролеум".

**ЮРИДИЧЕСКИЕ АДРЕСА, РЕКВИЗИТЫ И ПОДПИСИ ПРЕДСТАВИТЕЛЕЙ СТОРОН:**

Продавец: Туран Петролеум, Инк. (Turan Petroleum, Inc.), 940 South Coast Drive, Suite 100, Costa Mesa, CA 92626, USA. Регистрационный номер C7930-2001 (Невада). Tel. +1-717-754-6835, Fax +1-714-754-6539

Покупатель: Азия Пасифик Ойл энд Газ, ЛТД. (Asia Pacific Oil and Gas, LTD.), 95 Wilton Road, Suite 3, London, SW1V 1BZ, UK. Tel. +44-(0)-845-527-8554, Fax +44-(0)-020-527-4259

Продавец:                                                                                  Покупатель:

EXHIBIT 4