Paul Evan Greenwald (Bar No. 57162)
Paul A. Hoffman (Bar No. 146805)
John R. Flocken (Bar No. 97137)
**GREENWALD & HOFFMAN, LLP**
1851 E. First Street, Suite 860
Santa Ana, California 92705
Telephone: (714) 285-0025
Facsimile: (714) 285-0028

Attorneys for Specially Appearing for
Third-Party Defendants, ASIA PACIFIC OIL &
GAS LTD., a Seychelles Islands entity,
AMIRZHAN JAKISHEV, and ADILZHAN DZHAKISHEV

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZENERCOM TOO; ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TURAN PETROLEUM, INC.; ET AL., <br><br> Defendants. | CASE NO. 08:09cv00059-JVS <br><br> Assigned for All Purposes to: <br> Hon. James V. Selna <br> Dept: 10C <br><br> Date Action Filed: January 14, 2009 <br> Trial Date: None Set |
| TURAN PETROLEUM, INC., <br><br> Defendant and Counterclaimant, <br><br> v. <br><br> YERKIN BEKTAYEV and KANET MEIRMANOV, <br><br> Plaintiffs and Counterdefendant. | **DECLARATION OF AMIRZHAN JAKISHEV IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT OF YERKIN BEKTAYEV AND KANET MEIRMANOV** <br><br> [Filed concurrently with: [Proposed] Order; Motion to Dismiss; Declarations of Adilzhan Dzhakishev and John R. Flocken, Esq.] |
| TURAN PETROLEUM, INC., <br><br> Defendant and Third-Party Plaintiff, <br><br> v. <br><br> WELLS FARGO, N.A., YERKIN AKKUZOV, SABIRGAN DUHALIEV, IGOR MAXIMOV, <br><br> Defendants in Third-Party Complaint. | Date: April 30, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 10C |
| YERKIN BEKTAYEV and KANET | |

1

**DECLARATION OF AMIRZHAN JAKISHEV IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT OF YERKIN BEKTAYEV AND KANET MEIRMANOV**


```
MEIRMANOV,                                      )
                                                )
         Counterdefendants and Third-Party      )
         Plaintiffs,                             )
                                                )
    v.                                           )
                                                )
ASIA PACIFIC OIL & GAS LTD. (incorporated       )
in the Seychells Islands); AMIRGAN              )
DZHAKISHEV, ADILZHAN DZHAKISHEV,                )
YURI VANETIK; ROBERT VAN DUREN;                 )
ROBIN BISARYA; OKKE FINANCIAL LTD.;             )
ALCINA COMPANY CORP., PINGTON                   )
INVESTMENT LTD.; PINE BROOK S.A.,               )
HINES INVESTMENTS S.A.; ESSEX                   )
MANAGERS LTD.; VARRIAL FINANCIAL                )
TRADING LTD.; COAST FINANCE LTD.;               )
FREEMAN FREEMAN SMILEY LLP,                     )
                                                )
         Third-Party Defendants.                )
                                                )
```

I, Amirzhan Jakishev, declare:

1. I am a citizen and full-time resident of the nation of Kazakhstan. I have been named a third party defendant in the above action. I make this declaration based on my own knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. I am informed that third-party plaintiffs Yerkin Bektayev and Kanet Meirmanov ("Plaintiffs") attempted to serve the original Verified Third-Party Complaint in this matter on me by mail or delivery thereof to my former residence, located at 30 Rubinshtein Street, Almaty, Republic of Kazakhstan. I have not resided at that address for at least the past three years. The current residents at the time of the attempted service at the above address are not and never have been my managing or general agents or employees. Nor have they ever been authorized by me to accept service of process for any legal action

2

**DECLARATION OF AMIRZHAN JAKISHEV IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT OF YERKIN BEKTAYEV AND KANET MEIRMANOV**

against me. At the time of such attempted service, I was not there. Nor were any of the other third party defendants present at the time of such attempted service.

3. I am further informed that Plaintiffs claim that they served the Verified Amended Third-Party Complaint in this matter on me by electronic mail and First Class Mail on or about June 30 and/or July 8, 2009, at the former California residence of my brother, Adilzhan Dzhakishev, located at 33 Skyridge, Newport Coast, California 92657. I never resided at this former residence of my brother. Nor do I have a place of business at my brother's former California residence. Nor was I present at the time of such alleged service.

4. The residents of 33 Skyridge are not and never have been my managing or general agents or employees. Nor have they ever been authorized by me to accept service of process or any legal action against me. I am unaware if Plaintiffs attempted to serve me by any other means than described above.

5. I have never imported or otherwise distributed any products to consumers in the State of California or anywhere else in the United States. I have never owned or leased any property in California or the United States. Nor have I conducted any advertising or marketing in California or the United States. Nor do I have any registered agents for service of process in the United States. Other than the present special appearance, I have never sought use of the courts within California or elsewhere in the United States. Nor have I been personally served with process or papers for any lawsuit in California or the United States. Nor have I operated a business, operated a web site, or issued press releases in the United States. I have never applied for a loan in California.

6. I have never lived in California or the United States. I have vacationed in California once in 2007 and again at the end of 2008 extending to the beginning of 2009. These visits were not related to Plaintiffs' claims in any way. I have lived in Kazakhstan all of my life. I have no intention of ever moving to the United States or seeking residence in the United States. I have never conducted or solicited any business in California or the United States.

7. I am neither the agent nor nominee for Asia Pacific for service of process. Contrary to Plaintiffs' allegations, I have not been involved in any unlawful transfer of Turan's or any other entity's stock, I have not been involved in the receipt of proceeds that originated from California, and I have not knowingly violated any California laws, including the California Uniform Fraudulent Transfer Act, or any other law, or damaged Plaintiffs in any way.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed on this 29 day of March, 2012, at Astana, Republic of Kazakhstan.

_____
AMIRZHAN JAKISHEV

4

DECLARATION OF AMIRZHAN JAKISHEV IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT OF YERKIN BEKTAYEV AND KANET MEIRMANOV