Paul Evan Greenwald (Bar No. 57162)
Paul A. Hoffman (Bar No. 146805)
John R. Flocken (Bar No. 97137)
**GREENWALD & HOFFMAN, LLP**
1851 E. First Street, Suite 860
Santa Ana, California 92705
Telephone: (714) 285-0025
Facsimile: (714) 285-0028

Attorneys for Specially Appearing for
Third-Party Defendants, ASIA PACIFIC OIL &
GAS LTD., a Seychelles Islands entity,
AMIRZHAN JAKISHEV, and ADILZHAN DZHAKISHEV

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZENERCOM TOO; ET AL., <br><br> Plaintiffs, <br> v. <br> TURAN PETROLEUM, INC.; ET AL., <br><br> Defendants. <br><br> TURAN PETROLEUM, INC., <br><br> Defendant and Counterclaimant, <br> v. <br> YERKIN BEKTAYEV and KANET MEIRMANOV, <br><br> Plaintiffs and Counterdefendant. <br><br> TURAN PETROLEUM, INC., <br><br> Defendant and Third-Party Plaintiff, <br> v. <br> WELLS FARGO, N.A., YERKIN AKKUZOV, SABIRGAN DUHALIEV, IGOR MAXIMOV, <br><br> Defendants in Third-Party Complaint. <br><br> YERKIN BEKTAYEV and KANET MEIRMANOV, <br><br> Counterdefendants and Third-Party Plaintiffs, | CASE NO. 08:09cv00059-JVS <br><br> Assigned for All Purposes to: <br> Hon. James V. Selna <br> Dept: 10C <br><br> Date Action Filed: January 14, 2009 <br> Trial Date: None Set <br><br> **DECLARATION OF JOHN R. FLOCKEN ESQ., IN SUPPORT OF THIRD-PARTY DEFENDANTS' MOTION TO DISMISS AMENDED THIRD-PARTY COMPLAINT** <br><br> [Filed concurrently with: [Proposed] Order; Motion to Dismiss; Declarations of Adilzhan Dzhakishev and Amirzhan Jakishev] <br><br> Hearing Date: April 30, 2012 <br> Time: 1:30 p.m. <br> Courtroom: 10C |

1

**DECLARATION OF JOHN R. FLOCKEN, ESQ. IN SUPPORT OF
MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT**

| | |
|---|---|
| v. | ) |
| | ) |
| ASIA PACIFIC OIL & GAS LTD. (incorporated in the Seychells Islands); AMIRGAN DZHAKISHEV, ADILZHAN DZHAKISHEV, YURI VANETIK; ROBERT VAN DUREN; ROBIN BISARYA; OKKE FINANCIAL LTD.; ALCINA COMPANY CORP., PINGTON INVESTMENT LTD.; PINE BROOK S.A.; HINES INVESTMENTS S.A.; ESSEX MANAGERS LTD.; VARRIAL FINANCIAL TRADING LTD.; COAST FINANCE LTD.; FREEMAN FREEMAN SMILEY LLP, | ) ) ) ) ) ) ) ) ) ) ) ) |
| Third-Party Defendants. | ) |

I, John R. Flocken, declare:

1. I am an attorney duly licensed to practice law before all of the courts of the State of California and before the United States District Court for the Central District of California. I am a member of Greenwald & Hoffman, LLP, attorneys for third party defendants Asia Pacific Oil & Gas LLP, Adilzhan Dzhakishev, and Amirzhan Jakishev in the above-entitled matter. I make this declaration based on my own knowledge and, if called as a witness, could and would testify competently to the matters stated herein.

2. Counsel for third party defendants met and conferred with the previous attorney for the Third Party Plaintiffs, Alina Sorkin, Esq., prior to filing the original Rule 12(b) motion to dismiss. At that time her insufficient service of the Verified Amended Third Party Complaint on my clients was discussed. When asked whether she would be re-serving the same on my clients, Ms. Sorkin said she would not. (Please see Declaration of Paul A. Hoffman, Document no. 255, filed with the original Motion to Dismiss.)

3 Prior to filing the present motion to dismiss the Second Amended Third Party Complaint on behalf of third party defendants Asia Pacific Oil & Gas LLP, Adilzhan

2

**DECLARATION OF JOHN R. FLOCKEN, ESQ. IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT**

1  Dzhakishev, and Amirzhan Jakishev, I called John T. Schreiber, new counsel of record for
2  the Third Party Plaintiffs, Yerkin Bektayev and Kanet Meirmanov, in the above-entitled
3  action. I attempted to call Mr. Schreiber on March 30, 2012, but no one answered his
4  phone. At approximately 10:30 am on April 2, 2012 I called Mr. Schreiber again to discuss
5  the present motion to dismiss the Second Amended Third Party Complaint. He was not in,
6  and I left a message with his answering machine to please call me regarding this matter
7  as soon as possible. At approximately 1:20 pm I called again and left another message
8  to please call me regarding the present motion to dismiss. To date, has not returned my
9  messages to please call me regarding this case. To date, Mr. Schreiber has not returned
10 my phone calls.

4.      The Third Party Plaintiffs former counsel, Ms. Sorkin, did not affect proper service of the original verified Third Party Complaint after our original Conference of Counsel. Further, to date, neither myself nor my clients are aware of any attempts by either Ms. Sorkin or the third party plaintiff's new attorney, John T. Schreiber, to correct the deficient service on my clients by employing one of the methods authorized by Fed.R.Civ.P. 4(f). The only attempt to "serve" the present Verified Second Amended Third Party Complaint was by ordinary mail on my office only. My clients have **not** received these pleadings (i.e. either the original verified Third Party Complaint, or the Second Amended Third Party Complaint) by personal service of process or any of the other methods authorized by Fed.R.Civ.P. 4(f) for proper service of process.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct, and that this Declaration was executed on this 2nd day of April, 2012, at Santa Ana, California.

John R. Flocken

3

**DECLARATION OF JOHN R. FLOCKEN, ESQ. IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED THIRD-PARTY COMPLAINT**