UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAZENERCOM TOO; ASSOCIATION OF KAZAKH INVESTORS AND ENTREPRENEURERS; PUBLIC FOUNDATION OUR HOUSE KAZAKHSTAN; KINOZHUZ IP; YERKIN BEKTAYEV, BERIK BEKTAY; KANET MEIRMANOV<br><br>        Plaintiffs,<br><br>vs.<br><br>TURAN PETROLEUM, aka TURAN PETROLEUM, INC.; TREK RESOURCES, INC.; IRAB VENTURES LLC; IBAR DEVELOPMENT, INC.; ASKAR ("AKAR") KARABAYEV; ANATOLY ("TONY") VANETIK; NAUM VOLOSHIN; TIMUR KOICHUMANOV; ALEX STIGANOV; ALEXANDER KUSHNERENKO and DOES 1 to 100<br><br>        Defendants. | CASE NO. 08:09cv00059-JVS<br><br>Assigned for All Purposes to:<br>Hon. James V. Selna<br>Dept: 10C<br><br>Date Action Filed: January 14, 2009<br><br>**ORDER GRANTING PARTIES' JOINT STIPULATION TO RELEASE INTERPLEADED FUNDS** |

This Court has before it the parties' stipulation to authorize a limited release of $282,000 to specific third parties that comprise important steps in furtherance of their planned settlement agreement and meet the need to make payments to third parties necessary for the successful continuation of the Arys Concession at the heart of the above-titled action.

Having reviewed the parties' joint stipulation and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The Clerk is hereby directed to release the sum of $282,000 from the $1,499,942.42 that Wells Fargo Bank N. A. paid into the court on April 1, 2009 (the "Interpleaded Funds") to "Hamilton Law Offices Client Trust Account". The check should be sent to John M. Hamilton, esq., 5757 W. Century Blvd., Suite 700, Los Angeles, CA 90045.

The check referenced above should be disbursed by the Hamilton Law Offices as follows:

    A. To DeGolyer and MacNaughton, Canada, Limited, $50,000, to prepare a proper engineering report to be used to raise funds for exploration of the license, by Federal Express, overnight mail at the following address:

    Doug Christie, President

    DeGolyer and MacNaughton, Canada, Ltd.

    Suite 1430-311 6 Ave. SW

    Calgary, AB T2P 3H2.

    B. To TuranEnterPetroleum (hereafter "TEP"), the sum of $107,000, to pay TEP's tax liability, by wire to TEP pursuant to the instructions of the parties; and

    C. To TEP for operating expenses, to be wired pursuant to the instructions of the parties once the liens are cleared on TEP's tax liability, in the amount of $125,000, to be used to pay for reports and support documents

|   |   |
|---|---|
| to be filed with the Ministry of Oil and Gas as part of an application for the extension of the Arys License. | |
| Dated: March 18, 2013 | _____<br>Hon. James V. Selna<br>UNITED STATES DISTICT JUDGE |

**CC:  FISCAL SECTION**

Order submitted By:

| | |
|---|---|
| DATED:  March 13, 2013 | HAMILTON LAW OFFICES<br><br>/s/John M. Hamilton<br>John M. Hamilton<br>Attorneys for Defendants Turan Petroleum, Inc. and Tony Vanetik |
| DATED: March 13, 2013 | LAW OFFICES OF JOHN T. SCHREIBER<br><br> /s/ John T. Schreiber<br>John T. Schreiber<br>Attorneys for all plaintiffs |